**Demeka GALBREATH, by her Next Friend, Doris Galbreath, and Doris Galbreath, Individually, Respondents,**

v.

**Michael Lee NICKENS, Appellant.**

**No. WD 39963.**

Missouri Court of Appeals,
Western District.

July 12, 1988.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 30, 1988.

Application to Transfer Denied
Oct. 18, 1988.

Edward Berg, Mid–Missouri Legal Services, Columbia, for appellant.

Randall B. Johnston, Asst. Pros. Atty., Fulton, for respondents.

Before NUGENT, P.J., and CLARK and FENNER, JJ.

## ORDER

PER CURIAM.

Appeal from an award of child support in a paternity action.

Affirmed. Rule 84.16(b).